**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                          Case No. 16-29774

      Clarice Carter
      Dario Carter
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/18/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $704.00 | |
| Less amount refunded to debtor | $704.00 | |
| **NET RECEIPTS:** | | **$0.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor:            $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EXETER FINANCE CORP | Secured | 24,969.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Unsecured | 2,553.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY/AFNI INC | Unsecured | 2,199.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC/COMCAST | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/EMPACT EMERGENCY | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/EMPACT EMERGENCY ( | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/VALLEY IMAGING CON | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/RUSH COPLEY OB GYN | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/NAPERVILLE RADIOLO( | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER/ENTERPRISE RENT | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERV/HSBC B | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| CCI/COMMONWEALTH EDISON COM | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| CMRE/PACIFIC EMERGENCY PHYSIC | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| COAST TO COAST FINANCIAL/DR ST | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CONSERVE/GEORGIA GWINNERR CC | Unsecured | 3,926.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER COLLECTION MN/RADIC | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT/COMCAST | Unsecured | 1,482.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSO/COMMONWEALTH E | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 29,330.00 | NA | NA | 0.00 | 0.00 |
| DGS COLLECT/RUSH COPLEY MEDIC | Unsecured | 5,255.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 3,304.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 972.00 | NA | NA | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| ENHANCEDRECOVERY CO/SPRINT | Unsecured | 1,691.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO/TMOBILI | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ENHANCED RECOVERY CO/CHARTE | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RECOVERY SY/COLLE( | Unsecured | 2,623.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| IQ DATA INTERNATIONAL/WHEATOI | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUI/BANK OF | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| MED BUS BUR/ANESTHESIOLOGISTS | Unsecured | 3,190.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR/EM STRATEGIES | Unsecured | 597.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR/ANESTHESIOLOGIST | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR/ANESTHESIOLOGIST | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS/GWINNET | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS/GWINNET | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ILLINOI | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/EDWAF | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEM/VILLAS | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| NCC BUSINESS SVCS INC/BROOK HII | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| NW COLLECTOR/ROMEOVILLE FIRE | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| ONE ADVANTAGE LLC/ST ELIZABET | Unsecured | 2,126.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC/GWINNET | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC/GWINNET | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE/DIRE | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN MANAGEMENT/CENTEN | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI/EMERGE | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEOT OF ED/GSL/AT | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY CORP/MIDWEST | Unsecured | 869.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 3,269.00 | NA | NA | 0.00 | 0.00 |
| VERIZON FINANCIAL SERVICES/SILV | Unsecured | 957.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/23/2017                              By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**